**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

MONICA STERLING,                    *

    Plaintiff,                  *

v.                                  *    Case No. 8:12-cv-03193-AW

OURISMAN CHEVROLET OF               *
BOWIE, INC., et al.
                                    *
    Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff Monica Sterling hereby dismisses with prejudice all claims against Ally Financial Inc. f/k/a GMAC Inc., with all costs to be borne by the Plaintiff.

                                          /s/
                                      Tyler Jay King
                                      1407 Nicholson St., NW
                                      Washington, DC 20011
                                      (202) 436-2641
                                      tylerjayking@gmail.com

                                      *Attorney For Plaintiff*